# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-3029

———————

Willie C. Franklin,            *
                                   *
          Appellant,      *
                                   *   Appeal from the United States
    v.                   *   District Court for the Eastern
                                 *   District of Arkansas.
Linda Sanders, Warden, FCI,   *
Forrest City, AR,           *   [UNPUBLISHED]
                                 *
          Appellee.       *

———————

Submitted: March 5, 2008
Filed: March 12, 2008

———————

Before BYE, SMITH, and BENTON, Circuit Judges.

———————

PER CURIAM.

Federal inmate Willie C. Franklin appeals the district court's[1] order dismissing his 28 U.S.C. § 2241 petition, in which he sought sentencing credit for time he spent in Oklahoma state custody. Following careful review, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003) (de novo standard of review), we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).